UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OLU VICTOR ALONGE, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-25-282-R |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 8], in its entirety.

For the reasons stated therein, this Court lacks jurisdiction to grant Petitioner habeas relief and this action is TRANSFERRED to the United States District Court for the Central District of California.

IT IS SO ORDERED this 7th day of April, 2025.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1